IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-258-D
No. 5:11-CV-367-D

| | | |
|---|---|---|
| RODNEY EARL CANNADY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On October 22, 2012, the court denied Rodney Earl Cannady's ("Cannady") first section 2255 motion [D.E. 57]. On April 22, 2013, the United States Court of Appeals for the Fourth Circuit denied a certificate of appealability [D.E. 66]. On July 18, 2016, the Fourth Circuit denied Cannady's request for authorization to file a second or successive section 2255 motion [D.E. 94]. On September 23, 2016, Cannady filed a second section 2255 motion [D.E. 101]. Thereafter, Cannady filed various other motions. See [D.E. 103, 106, 108, 109, 110, 111, 114, 115, 117].

Cannady's section 2255 motion [D.E. 101] is DISMISSED for lack of subject-matter jurisdiction as successive. See, e.g., 28 U.S.C. § 2255(h); Burton v. Stewart, 549 U.S. 147, 152–53 (2007) (per curiam); In re Williams, 364 F.3d 235, 238 (4th Cir. 2004); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003). Cannady's other motions [D.E. 103, 106, 108, 109, 110, 114, 115, 117] are also DISMISSED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This _3_ day of May 2017.

                                                            JAMES C. DEVER III
                                                            Chief United States District Judge