IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-258-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODNEY EARL CANNADY, | ) | |
| Defendant. | ) | |

On October 12, 2021, Rodney Earl Cannady moved for resentencing under Federal Rule of Criminal Procedure 36. The court is very familiar with Cannady's case. See, e.g., [D.E. 177, 133, 125, 120, 95, 74, 57]. The court DENIES as meritless Cannady's motion [D.E. 192].

SO ORDERED. This 15 day of November, 2021.

JAMES C. DEVER III
United States District Judge