IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-258-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODNEY EARL CANNADY, ) | |
| ) | |
| Defendant. ) | |

Not later than August 9, 2024, the United States shall respond to defendant's motions to reduce sentence [D.E. 206, 207].

SO ORDERED. This 15 day of July, 2024.

JAMES C. DEVER III
United States District Judge