IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-258-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RODNEY EARL CANNADY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 18, 2025, defendant filed a pro se motion for a sentence reduction under Federal Rule of Criminal Procedure 35 [D.E. 234]. Rule 35 requires the United States to file the motion. See Fed. R. Crim. P. 35(b). Thus, the court DENIES defendant's motion [D.E. 234].

SO ORDERED. This 20 day of August, 2025.

JAMES C. DEVER III
United States District Judge