IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-258-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RODNEY EARL CANNADY, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's latest motion to be resentenced under Amendments 706, 750, 782 [D.E. 232] not later than January 5, 2026.

SO ORDERED. This 5 day of December, 2025.

JAMES C. DEVER III
United States District Judge