IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-258-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RODNEY EARL CANNADY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States' response in opposition [D.E. 247] recounts this court's numerous orders about defendant's numerous requests for post-conviction relief. For the reasons stated in the United States' response in opposition [D.E. 247], the court DENIES defendant's latest motion to reduce sentence [D.E. 232]. The court DENIES as moot defendant's motion to expedite [D.E. 241].

SO ORDERED. This 12 day of February, 2026.

JAMES C. DEVER III
United States District Judge